ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Email: jennifer.a.giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PAYNE FAMILY TRUST, | ) No. 2:20-bk-10199-DPC |
| | ) |
| Debtor. | ) NOTICE OF APPEARANCE AND |
| | ) REQUEST FOR NOTICE |
| | ) |

The Office of the United States Trustee for the District of Arizona, by undersigned counsel,

> Jennifer A. Giaimo
> Office of the United States Trustee
> 230 N. First Avenue, Suite 204
> Phoenix, AZ 85003-1706
> Telephone: 602-682-2617
> Facsimile: 602-514-7270
> Email: Jennifer.A.Giaimo@usdoj.gov

hereby appears and formally requests copies of all notices and any and all filings in the above-captioned administrative proceeding or in any contested matter or adversary proceeding herein and related thereto.

RESPECTFULLY SUBMITTED this 9th day of September, 2020.

          ILENE J. LASHINSKY
          United States Trustee
          District of Arizona


          /s/ JAG (NY #2520005)
          JENNIFER A. GIAIMO
          Trial Attorney


Copy of the foregoing was delivered by U.S. Mail
this 9th day of September, 2020 to:

Payne Family Trust
3104 E Camelback Rd #3104
Phoenix, AZ 85016


/s/ Karen A. Lohmeyer
Karen A. Lohmeyer