ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (202) 590-8699
Email: jennifer.a.giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PAYNE FAMILY TRUST, | ) No. 2:20-bk-10199-DPC |
| | ) |
| Debtor. | ) AMENDED NOTICE OF |
| | ) APPEARANCE AND REQUEST |
| | ) FOR NOTICE |
| | ) |

The Office of the United States Trustee for the District of Arizona, by undersigned counsel,

> Jennifer A. Giaimo
> Office of the United States Trustee
> 230 N. First Avenue, Suite 204
> Phoenix, AZ 85003-1706
> Telephone: (202) 590-8699
> Facsimile: (602) 514-7270
> Email: Jennifer.A.Giaimo@usdoj.gov

hereby appears and formally requests copies of all notices and any and all filings in the above-captioned administrative proceeding or in any contested matter or adversary proceeding herein and related thereto.

2

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 9th day of September, 2020. |
| 2 | ILENE J. LASHINSKY |
| 3 | United States Trustee |
|   | District of Arizona |

                                  /s/ JAG (NY #2520005)
                                  JENNIFER A. GIAIMO
                                  Trial Attorney

Copy of the foregoing was delivered by U.S. Mail this 9th day of September, 2020 to:

Payne Family Trust
3104 E Camelback Rd #3104
Phoenix, AZ 85016

/s/ Karen A. Lohmeyer
Karen A. Lohmeyer

3