Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

*Subchapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PAYNE FAMILY TRUST,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-10199-DPC<br><br>**NOTICE OF APPEARANCE OF SUBCHAPTER V TRUSTEE** |

**MICHAEL W. CARMEL** hereby gives notice of his appearance as the Subchapter V Trustee in the above-captioned matter.

DATED this 10th day of September, 2020.

        MICHAEL W. CARMEL, LTD.

        /s/*Carmel, M.W.* (007356)
        Michael W. Carmel
        80 East Columbus Avenue
        Phoenix, Arizona 85012-2334
        *Subchapter V Trustee*

COPY of the foregoing served via
ECF this 10th day of September, 2020 on:

Jennifer A. Giaimo, Esq.
Office of the United States Trustee
230 N First Ave, Ste 204
Phoenix, AZ 85003
Email: Jennifer.a.Giaimo@usdoj.gov

By *Michael W. Carmel*

107770624.1
Case 2:20-bk-10199-DPC   Doc 15   Filed 09/10/20   Entered 09/10/20 14:39:58   Desc
Main Document   Page 1 of 1